**E-FILED on** 8/16/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC., | No. C-12-04049 RMW |
| Plaintiff, | |
| v. | ORDER OF REFERRAL |
| NORDSTROM, INC., | |
| Defendant. | |

Defendant in the above-entitled case moves to have *Droplets, Inc. v. Amazon.com, Inc. et al.*, Case No. C-12-03733-EJD, and *Droplets, Inc. v. Williams-Sonoma, Inc.*, Case No. C-12-04047-JCS, reassigned to this court, and the defendants in those actions have filed statements of non-opposition. However, pursuant to Civil Local Rule 3-12, the decision of whether or not cases are related and should be reassigned to the same judge is to be made by the judge assigned to the earliest-filed case, which appears to be *Droplets, Inc. v. Amazon.com, Inc. et al.*

Accordingly, the above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Edward J. Davila for consideration of whether the cases are related.

IT IS SO ORDERED.

DATED:   August 16, 2012

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER OF REFERRAL—No. C-12-04049 RMW
LJP