**United States District Court**
For the Northern District of California

1
2
3
4                                              **E-FILED on** __8/16/2012__
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11

12   DROPLETS, INC.,                           No. C-12-04049 RMW

13                    Plaintiff,
                                               ORDER OF REFERRAL
14           v.

15   NORDSTROM, INC.,

16                    Defendant.

17

18         Defendant in the above-entitled case moves to have *Droplets, Inc. v. Amazon.com, Inc. et al.*,

19   Case No. C-12-03733-EJD, and *Droplets, Inc. v. Williams-Sonoma, Inc.*, Case No. C-12-04047-JCS,

20   reassigned to this court, and the defendants in those actions have filed statements of non-opposition.

21   However, pursuant to Civil Local Rule 3-12, the decision of whether or not cases are related and

22   should be reassigned to the same judge is to be made by the judge assigned to the earliest-filed case,

23   which appears to be *Droplets, Inc. v. Amazon.com, Inc. et al.*

24         Accordingly, the above-entitled case is hereby REFERRED, pursuant to Civil Local Rule

25   3-12(c), to the Honorable Edward J. Davila for consideration of whether the cases are related.

26         IT IS SO ORDERED.

27
     DATED:        __August 16, 2012__        _Ronald M. Whyte_
28                                            _____
                                              RONALD M. WHYTE
                                              United States District Judge

ORDER OF REFERRAL—No. C-12-04049 RMW
LJP