IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DROPLETS, INC.,

        Plaintiff,

   v.

WILLIAMS-SONOMA, INC.,

        Defendant.
_____/

No. C 12-04047 RS

**CASE MANAGEMENT SCHEDULING ORDER**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 15, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    INITIAL DISCLOSURES.  On or before Friday, April 5, 2013, parties shall serve their initial disclosures.

    2.    FURTHER CASE MANAGEMENT CONFERENCE.  A further case management conference shall be held **Thursday, June 20, 2013 at 10:00 a.m**. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

3. DISCOVERY. Parties shall be prepared to coordinate discovery with the pending actions in this District. While not required at this time, the parties are encouraged to coordinate with actions pending in other districts. The federal default rules for discovery shall be in place, to be reassessed at the next case management conference. Those limits are as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

4. DISCOVERY DISPUTES. Discovery disputes are hereby REFERRED to Magistrate Judge Lloyd. All further discovery matters shall be filed pursuant to Judge Lloyd's procedures.

5. FURTHER SCHEDULING. The dates proposed by the parties leading up to the *Markman* Hearing in their Joint Scheduling Proposal are adopted as follows:

A. On or before April 5, 2013 plaintiff shall serve its Preliminary Infringement Contentions and accompanying documents in the form and with the content required by Patent L.R. 3-1 and 3-2.

B. On or before June 21, 2013, defendant is to serve Invalidity Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-3 and 3-4.

C. On or before June 25, 2013, parties are to exchange claim terms needing construction in the form and with the content required by Patent L.R. 4-1. Parties shall meet and confer to discuss the list of Proposed Terms for Construction by July 11, 2013.

D. On or before June 27, 2013, the parties shall add any additional parties.

E. On or before July 18, 2013, parties are to exchange proposed claim constructions and extrinsic evidence in the form and with the content required by Patent L.R. 4-2. Parties shall meet and confer to discuss preliminary claim constructions and extrinsic evidence by August 1, 2013.

F. On or before August 15, 2013, the parties are to file a Joint Claim Construction and Prehearing Statement in the form and with the content required by Patent L.R. 4-3.

G. On or before September 5, 2013, the parties shall file any motions to dismiss.

H. On or before September 5, 2013, the parties shall exchange privilege logs.

I. On or before October 4, 2013, the parties are to complete claim construction discovery in the manner set forth in Patent L.R. 4-4.

J. On or before October 22, 2013, plaintiff is to file its Opening Claim Construction Brief in accordance with Patent L.R. 4-5(a).

K. On or before November 12, 2013, defendant is to file its Responsive Claim Construction Brief in accordance with Patent L.R. 4-5(b)

L. On or before November 21, 2013, plaintiff is to file its Reply Claim Construction Brief in accordance with Patent L.R. 4-5(c).

6. TUTORIAL. A Tutorial shall held on **December 4, 2013 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

7. *MARKMAN* HEARING. A *Markman* Claim Construction Hearing shall held on **December 11, 2013 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. A further Case Management Conference will be scheduled following this Hearing to set the remaining dates in this case.

IT IS SO ORDERED.

DATED: 3/18/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER