**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC.,<br><br>              Plaintiff(s),<br>     v.<br><br>YAHOO, INC.,<br><br>              Defendant(s).<br>_____/ | CASE NOS. 5:12-cv-03733 EJD;<br>3:12-cv-04049 RS; 5:12-cv-04049 RMW<br><br>**ORDER RELATING CASES;<br>CONTINUING CASE MANAGEMENT<br>CONFERENCE** |

DROPLETS, INC.,

              Plaintiff(s),
     v.

WILLIAMS-SONOMA, INC.,

              Defendant(s).
_____/

DROPLETS, INC.,

              Plaintiff(s),
     v.

NORDSTROM, INC.,

              Defendant(s).
_____/

## I. RELATED CASE DETERMINATION

Upon reconsideration of the issue, the court finds that the above-entitled cases **are related** pursuant to Civil Local Rule 3-12(a). Accordingly, the court directs the clerk to reassign the latter two cases to the undersigned.

Counsel in the newly-reassigned cases are instructed that all future filings are to bear the initials of this court (EJD) immediately after the case number. In addition, any dates for hearing noticed motions before Judge Seeborg or Judge Whyte are vacated and must be renoticed by the moving party before this court. Any case management deadlines issued by Judge Seeborg or Judge Whyte shall remain in effect unless and until modified by this court at a subsequent Case Management Conference.

## II. CASE MANAGEMENT CONFERENCE

The Case Management Conference in case number 5:12-cv-03733 EJD currently scheduled for May 3, 2013, is CONTINUED to **June 28, 2013, at 10:00 a.m.** The court also schedules Case Management Conferences in the newly-assigned cases for that same date and time. On or before **June 21, 2013**, the parties in the three cases shall file *one* collective Joint Case Management Statement which includes, inter alia, an agreed-upon coordinated schedule as required by the Standing Order for All Judges of the Northern District of California. The court will not consider any joint statement that fails to comply with this district's local rules and orders or exceeds the page limitation without prior leave of court.

**IT IS SO ORDERED.**

Dated: April 30, 2013

EDWARD J. DAVILA
United States District Judge