1   (SEE SIGNATURE PAGE FOR ATTORNEY LIST)                    *E-FILED: May 9, 2013*

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11   DROPLETS, INC.                          | Case No. 3:12-CV-04047 EJD

12              Plaintiffs,                   | Related Case Nos.
                                             | 5:12-cv-03733 EJD; 3:12-cv-04049 EJD
13        v.
                                             | **STIPULATION AND [PROPOSED] ORDER**
14   WILLIAMS-SONOMA, INC.,                   | **REGARDING PRODUCTION OF**
                                             | **SETTLEMENT AND LICENSE**
15              Defendant.                    | **AGREEMENTS**

16   DROPLETS, INC.

17              Plaintiffs,

18        v.

19   YAHOO, INC.,

20              Defendant.

21   DROPLETS, INC.

22              Plaintiffs,

23        v.

24   NORDSTROM, INC.,

25              Defendant.

26

27

28

STIPULATION AND ORDER RE PRODUCTION OF SETTLEMENT
AND LICENSE AGREEMENTS                                                              - 1 -
RELATED CASE NOS. 3:12-cv-04047 EJD, 5:12-cv-03733 EJD and 5:12-cv-04049 EJD

1      WHEREAS, Defendant Williams-Sonoma, Inc. ("Williams-Sonoma") has requested that

2    Plaintiff Droplets, Inc. ("Droplets") produce to it all settlement and license agreements relating to U.S.

3    Patent Nos. 6,687,745 and 7,853,881 (the "patents-in-suit");

4      WHEREAS, Droplets has represented that it needs a Court Order to produce the requested

5    settlement and license agreements in order to satisfy confidentiality agreements with third parties;

6      WHEREAS, during the March 7, 2013 Case Management Conference in this action, Williams-

7    Sonoma requested such an order from Court, and Droplets did not object to Williams-Sonoma's

8    request;

9      WHEREAS, during the March 7, 2013 Case Management Conference in this action, the Court

10    directed the parties to submit a proposed order regarding Droplets' production of settlement and

11    license agreements;

12      NOW, THEREFORE, Williams-Sonoma and Droplets stipulate and agree as follows:

13    1.    Pursuant to Federal Rules of Civil Procedure 26 and 34, and upon entry of the attached

14    Proposed Order, Droplets will produce to Williams-Sonoma copies of any settlement or license

15    agreements related to the patents-in-suit on or before May 24, 2013.

16    2.    To the extent necessary, the settlement and license agreements shall be produced as

17    HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order entered

18    in this case (Dkt. No. 49.)

19    3.    Williams-Sonoma and Droplets request that this stipulation and order be approved by

20    the Court.

21    / / /

22    / / /

23    / / /

24

25

26

27

28

STIPULATION AND ORDER RE PRODUCTION OF SETTLEMENT
AND LICENSE AGREEMENTS    - 2 -
RELATED CASE NOS. 3:12-cv-04047 EJD, 5:12-cv-03733 EJD and 5:12-cv-04049 EJD

1    **SO STIPULATED.**

2    DATED: May 8, 2013                    By: */s/ Josh W. Budwin*

3                                          Courtland Reichman
                                           MCKOOL SMITH HENNIGAN, P.C.
4                                          California Bar No. 268873
                                           creichman@mckoolsmith.com
5                                          255 Shoreline Drive, Suite 510
                                           Redwood Shores, CA 94065
6                                          Tel: 650-394-1400
                                           Fax: 650-394-1422
7

8                                          MCKOOL SMITH, P.C.
                                           Sam F. Baxter (admitted pro hac vice)
9                                          Texas State Bar No. 01938000
                                           sbaxter@mckoolsmith.com
10                                         104 E. Houston St., Ste. 300
                                           P.O. Box O
11                                         Marshall, Texas 75670
                                           Tel: (903) 923-9000
12                                         Fax: (903) 923-9095

13
                                           Josh W. Budwin (admitted pro hac vice)
14                                         Texas State Bar No. 24050347
                                           jbudwin@mckoolsmith.com
15                                         James E. Quigley (admitted pro hac vice)
                                           Texas State Bar No. 24075810
16                                         jquigley@mckoolsmith.com
                                           300 West Sixth Street, Suite 1700
17                                         Austin, Texas 78701
                                           Tel: (512) 692-8700
18                                         Fax: (512) 692-8744

19
                                           ***Attorneys for Plaintiff Droplets, Inc.***
20

21

22
                                           */s/ Robert J. Artuz*
23                                         E. Danielle T. Williams
                                           dtwilliams@kilpatricktownsend.com
24                                         KILPATRICK TOWNSEND & STOCKTON, LLP
                                           1001 W. Fourth Street
25                                         Winston-Salem, NC 27101
                                           Telephone: (336) 607-7306
26                                         Facsimile: (336) 607-7500
27

28

STIPULATION AND ORDER RE PRODUCTION OF SETTLEMENT
AND LICENSE AGREEMENTS                                                     - 3 -
RELATED CASE NOS. 3:12-cv-04047 EJD, 5:12-cv-03733 EJD and 5:12-cv-04049 EJD

1
William H. Boice
bboice@kilpatricktownsend.com
2
Russell A. Korn
rkorn@kilpatricktownsend.com
3
KILPATRICK TOWNSEND & STOCKTON, LLP
1100 Peachtree Street, Suite 2800
4
Telephone: (404) 815-6500
5
Facsimile: (404) 815-6555

6
Robert J. Artuz
rartuz@kilpatricktownsend.com
7
KILPATRICK TOWNSEND & STOCKTON, LLP
8
1080 Marsh Road
Menlo Park, CA 94025
9
Telephone: (650) 326-2400
Facsimile: 650-326-2422
10

11
*Attorneys for Defendant Williams-Sonoma, Inc.*

12

13

14
Filer's Attestation

15
Pursuant to Civil Local Rule 5-1(i)(3), Robert Artuz, hereby attests that the above-named signatories concur in this filing.

16
DATED:  May 8, 2013

17
_/s/ Robert J. Artuz_
Robert J. Artuz

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2
       Pursuant to the stipulation set forth above, and for good cause shown, IT IS HEREBY

3
ORDERED that:

4
       1.      Pursuant to Federal Rules of Civil Procedure 26 and 34, the Court hereby Orders

5
Droplets to produce copies of all settlement and license agreements related to the patents-in-suit on or

6
before May 24, 2013.

7
       2.      To the extent necessary, the settlement and license agreements shall be produced as

8
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order entered

9
in this case (Dkt. No. 49.)

10
DATED: _____
        May 9, 2013

11
                         ~~The Honorable Edward J. Davila~~

12
                         ~~United States District Judge~~

13
                         The Honorable Howard R. Lloyd
                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE PRODUCTION OF SETTLEMENT
AND LICENSE AGREEMENTS                             - 5 -
RELATED CASE NOS. 3:12-cv-04047 EJD, 5:12-cv-03733 EJD and 5:12-cv-04049 EJD