Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Droplets, Inc.                                )
                                              )  Case No: C12 04047 EJD
                    Plaintiff(s),             )
                                              )  **APPLICATION FOR**
        v.                                    )  **ADMISSION OF ATTORNEY**
                                              )  **PRO HAC VICE**
Williams-Sonoma, Inc.                         )  (CIVIL LOCAL RULE 11-3)
                                              )
                    Defendant(s).             )
                                              )

I, Bonnie Grant , an active member in good standing of the bar of
Supreme Court of Georgia , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Williams-Sonoma, Inc. in the
above-entitled action. My local co-counsel in this case is Robert J. Artuz , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kilpatrick Townsend & Stockton LLP | Kilpatrick Townsend & Stockton LLP |
| Two Embarcadero Ctr, 8th Floor | 1080 Marsh Road |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (415) 576-0200 | (650) 462-5336 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bgrant@kilpatricktownsend.com | rartuz@kilpatricktownsend.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 159024 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  05/30/13                                        Bonnie Grant
                                          _____
                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bonnie Grant is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  6/4/2013                           _____
                                          UNITED STATES DISTRICT JUDGE