UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAMS SONOMA INC., <br><br> Defendant. | Case No.  12-cv-04047-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF No. 66 |

Plaintiff Droplets, Inc. ("Plaintiff") and Defendant Williams-Sonoma ("Williams-Sonoma") have both filed a stipulation of dismissal dated June 21, 2013, in which Plaintiff agrees to dismiss its claims against Williams-Sonoma with prejudice.  ECF No. 66.  Such dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiff's claims against Defendant Williams-Sonoma have been dismissed with prejudice.  The Clerk is directed to TERMINATE the motion at ECF No. 66 and close the file.

(This order applies only to Case No. 3:12-cv-04047, Droplets, Inc. v. Williams Sonoma Inc., and not to the related cases 3:12-cv-03733, Droplets, Inc. v. Amazon.com and 3:12-cv-04049, Droplets, Inc. v. Nordstrom, Inc.)

**IT IS SO ORDERED**.

Dated: June 26, 2013

_____
JON S. TIGAR
United States District Judge